UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM LEE FORBES                                                                                          PLAINTIFF
ADC #174605

V.                                              No. 4:20CV00144-JM

McKEWEN, Sergeant, Pulaski County
Detention Center; NEWBURN,
Sergeant, Pulaski County Detention
Center; and DOES 1-10                                                                                    DEFENDANTS

## JUDGMENT

Consistent with the Order entered separately today, this case is dismissed without prejudice. All relief sought is denied, and the case is closed.

DATED this 16th day of September, 2020.

_____
UNITED STATES DISTRICT JUDGE